# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVETH ESTRADA,** | : | **CIVIL ACTION NO. 1:03-CV-1787** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **OFFICER LEAR and OFFICER FISHER,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of September, 2005, upon consideration of defendants' motion for assignment to mediation (Doc. 35), to which plaintiff concurs, and it appearing that completion of the mediation process constitutes "good cause" for a postponement of the pre-trial and trial schedule in the above-captioned case, see FED. R. CIV. P. 16(b), it is hereby ORDERED that:

1. The motion for assignment to mediation (Doc. 35) is GRANTED. Mediation proceedings shall be scheduled by future order of court.

2. The pre-trial and trial schedule in the above-captioned case is POSTPONED indefinitely pending completion of the mediation process. The parties shall file a joint proposed case management order within fifteen (15) days after completion of the mediation process, if settlement is not achieved. See L.R. 16.8.6(d).

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge